# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROY DANIELS MORAGA,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 72898

FILED

JUN 16 2017

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for return of seized property. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Elissa F. Cadish, District Judge
      Roy Daniels Moraga
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

17-20128